ORDERED.

Dated:  June 03, 2016

_Catherine McEwen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                    Case No. 8:16-bk-03507-CPM

Samson Pierre-Louis,                                      Chapter 7 (Involuntary)

    Debtor.
_____/

**ORDER TO SHOW CAUSE WHY CASE
SHOULD NOT BE DISMISSED FOR LACK OF PROPER SERVICE**

THIS CASE came on for consideration on the Court's own motion to consider entry of an appropriate order.  On April 26, 2016, Terrance Green (the "Petitioning Creditor") filed a Chapter 7 Involuntary Bankruptcy Petition naming Samson Pierre-Louis as the Debtor.  On May 18, 2016, the Petitioning Creditor filed a Certificate of Service (the "Certificate") indicating that the Petitioning Creditor served the summons and a copy of the involuntary petition on the Debtor on May 3, 2016, via U.S. mail.  The Certificate includes a statement to be signed under penalty of perjury asserting that the service information provided therein is true and correct.  The Petitioning Creditor, however, failed to sign the Certificate. The Certificate is, therefore, defective.  Accordingly, it is

**ORDERED** that Terrance Green and Samson Pierre-Louis shall appear before this Court on June 21, 2016, at 10:00 a.m., in Courtroom 8B, Sam M. Gibbons, United States Courthouse,

2

801 N. Florida Avenue, Tampa, Florida 33602, and show cause why the Court should not strike the defective Certificate and dismiss this case for lack of proper service.

The Clerk's Office is directed to serve this order on Terrance Green, Samson Pierre-Louis, and any interested non-CM/ECF filers.