[6apord1] [ORDER DIRECTING IMMEDIATE PAYMENT OF FILING FEE]

ORDERED.

**Dated: September 29, 2016**

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                Case No. 8:16–bk–03507–CPM
                                                                      Chapter 7
Samson Pierre–Louis

_____Debtor*_____/

ORDER DIRECTING IMMEDIATE PAYMENT OF FILING FEE

This case came on for consideration on the Notice of Appeal filed by the Debtor on September 27, 2016 (Document Number 58 ). The Notice of Appeal did not include a filing fee.

Pursuant to Fed. R. Bankr. P. 8001(a), a notice of appeal must be "accompanied by the prescribed fee". Accordingly, it is

ORDERED:

1) No later than October 7, 2016 , the appellant shall pay to the clerk the sum of $ 298.00 representing the filing fee remaining unpaid.

2. Unless the appellant pays the fee by that date, the Court will enter an order dismissing the appeal without further notice or hearing.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.