**[8applet]** [Letter to Appellant]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Sam M. Gibbons United States Courthouse, Suite 555
801 N. Florida Avenue
Tampa, Florida 33602–3899

KATHY DEETZ
Deputy–in–Charge

September 29, 2016

Dear Mr. Pierre–Louis
Re: Case No. 8:16–bk–03507–CPM

    On September 27, 2016 you Samsom Pierre–Louis filed a Notice of Appeal in the above–referenced case.

    When filing the "Designation of Record", as required by Fed. R. Bank. P. 8009, please indicate by document number the items to be included in the record to the district court. However, it will not be necessary to provide a copy of the items designated, unless otherwise directed to do so by separate notice. The Clerk's office will be transmitting the record on appeal electronically.

    If you intend to designate a transcript, a Purchase Order for Transcript is available on the court's web site at www.flmb.uscourts.gov. Go to Forms and click on Purchase Order for Transcript. When ordering the transcript please complete all of the items on the purchase order form and **mail** the form to the appropriate Court Reporter and or Court Reporter Service. Requests for transcripts should be directed to a certified court reporting transcription service. For further information regarding digital audio recording and/or request forms for CD copies of hearings, please visit the court's web site at http://www.flmb.uscourts.gov/courtroom_services/.

                      CLERK OF THE COURT
                        By: Lidia Celli
                        Case Manager
                        Phone Number: (813) 301– 5073